THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAURENCE PARKER, Appellant.—

Foster, P. J., Bergan, Coon, Imrie and Zeller, JJ., concur.